FIRST DEPARTMENT, OCTOBER TERM, 1886.

The People of the State of New York, Respondent, v. John C. Stoll, Appellant. — Judgment affirmed. Opinion by Davis, P. J.

Paul Bauer, Respondent, v. S. E. Schevitch and others, Appellants. — Order reversed and order of arrest set aside, unless within ten days after notice of decision the plaintiff obtain and file the undertaking directed by the opinion and pay the costs of opposing the motion and of appeal, in which case order affirmed. But in case of failure to comply with these conditions, order reversed and order of arrest vacated, with like costs. Opinion by Daniels, J.

George C. Genet, as Executor, etc., Appellant, v. Mary R. Hunt and others, Respondent. — Judgment affirmed, with costs of appeal to all parties out of the fund. Opinion by Davis, P. J.

Shepherd F. Knapp, as Receiver, Plaintiff, v. James Van Etten and others, Defendants. — Reargument ordered.

In the Matter of Herman Duden. — Reargument denied.

Helen A. Babcock and others, Appellants, v. Oliver M. Arkenburg, Respondent. — Order reversed, without costs. Opinion by Brady, J.

Alfred A. Cohen, Respondent, v. John W. Ellis, Appellant. — Judgment reversed, and judgment entered as directed in opinion. Opinion by Daniels, J.

John M. Burke, Respondent, v. the Mayor, etc., of the City of New York, Appellants. — Judgment affirmed, with costs. Opinion by Daniels, J.

Joseph K. Murray, Respondent, v. Great Western Insurance Company. — Motion denied, without costs. · Opinion by Daniels, J.

Isaac Hamburger and another, Respondents, v. Rudolph Moeller, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

David Levy and another, Respondents, v. Rudolph Moeller, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

Edith Storm and another, Respondents, v. Thomas Storm and others, Appellants. — Judgment affirmed, costs of all parties out of the fund. Opinion by Davis, P. J.

Catharine Mendel, Respondent, v. Morris Mendel, Appellant. — Order reversed and motion denied, with ten dollars costs and disbursements. Opinions by Daniels, J., and Davis, P. J.

William H. Sanger, Respondent, v. James M. Seymour, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Samuel Bingham and another, Respondents, v. the Marine National Bank, Appellant.— Motion for reargument denied. Opinions by Daniels and Brady, J. J., and by Davis, P. J., dissenting.

Edward A. Morrison, Respondent, v. Moritz Bauer, Appellant. — Judgment modified as directed in opinion and affirmed as modified, without costs. Opinion by Daniels, J., and Davis, P. J.

In the Matter of the Estate of John B. Page, deceased — Order affirmed, with costs. Opinion by Daniels, J.

James E. Brett, Appellant, v. Gustavus A. Brett and others, Respondents.—Judgment modified as suggested in opinion and affirmed as modified, without costs. Opinion by Brady, J.

William C. Cowper, Appellant, v. Thomas Theall, Respondent. — Motion denied, with costs. Opinion by Daniels, J.

John A. Kernochan, Appellant, v. Angeline A. Murray, Respondent. — Judgment affirmed. Opinion by Daniels, J., and Davis, P. J.

Charles Wehrhane and others, Executors, etc., Appellants, v. The Nashville, Chattanooga and St. Louis Railway Company, Respondent. — Judgment reversed, new trial granted, costs to abide event. Opinion by Churchill, J.

The Gallatin National Bank, Respondent, v. The Nashville, Chattanooga and St. Louis Railway Company, Appellants.—Judgment reversed, new trial granted, costs to abide event. Opinion by Churchill, J.

Peter Bowe, Respondent. v. Robert C. Brown and others, Appellants. — Judgment and order modified as directed in opinion, and affirmed as modified, without costs. Opinion by Daniels, J.

Henry Knickerbacker and others, Respondents, v. Charles W. Gould, Appellant. — Judgment affirmed, with costs. Opinion by Brady, J.